UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL A. LEWIS

    *Petitioner*,

v.                                 Case No.  2:04-cv-146
                                      HON. R. ALLAN EDGAR

JERI-ANN SHERRY

    *Respondent*.

_____/

**MEMORANDUM AND ORDER**

      Petitioner Michael A. Lewis ("Lewis") has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition was referred to Magistrate Judge Timothy P. Greeley for a report and recommendation under 28 U.S.C. § 636(b)(1)(B) and W.D. Mich. L Civ R 72.1(d). On June 15, 2006, the Magistrate Judge submitted his report and recommendation that the habeas petition be denied and dismissed with prejudice. [Doc. No. 25]. Lewis has not timely filed any objections to the report and recommendation.

      After reviewing the record, the Court **ACCEPTS** and **ADOPTS** the report and recommendation pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b), and W.D. Mich. LCivR 72.3(b). The habeas petition shall be **DENIED** and **DISMISSED WITH PREJUDICE**. A separate Judgment will enter.

Any appeal by Lewis from this decision would be frivolous. Lewis has not made a substantial showing of a denial of a constitutional right. For the reasons expressed by the Magistrate Judge in the report and recommendation, a certificate of appealability is **DENIED** to Lewis under 28 U.S.C. § 2253(c).

SO ORDERED

ENTER this the 25th day of July, 2006.

                                          /s/ R. Allan Edgar
                                          R. ALLAN EDGAR
                                          UNITED STATES DISTRICT JUDGE